

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 22, 2010**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-12141-CAG |
| | § | |
| SHERRI Y. DUFFEY | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |

### ORDER TO SHOW CAUSE

Came on to be considered the above-styled and numbered case filed under Chapter 13 of the United States Bankruptcy Code. On May 3, 2010, the Debtor filed this case *pro se*. The Pro Se Filing Questionnaire submitted by the Debtor states that the Debtor promised to pay the petition preparer $300 for the preparation of the bankruptcy petition. The amount charged for filling out the bankruptcy petition seemed excessive to the Court and the Court ordered that Debtor and petition preparer, Tori Stallion, should appear and explain why the $300 charged for the preparation of the bankruptcy petition is not excessive. On September 21, 2010, Tori Stallion appeared telephonically to discuss the charges at issue. It was this Court's ruling that $195 is an appropriate rate for Ms. Stallion to be paid for her services. Based on statements made by Ms.

1

2

Stallion, she has already received $300 from the Debtor.

IT IS THEREFORE ORDERED that Tori Stallion remit to Debtor $105 within thirty (30) days of entry of this Order.

IT IS FURTHER ORDERED that Tori Stallion provide proof of this payment within the above timeframe.

IT IS FURTHER ORDERED that upon Tori Stallion's compliance with this Order, the Order to Show Cause shall be dismissed.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause a copy of this order to be served on the Debtor and Tori Stallion at 1010 Peyton Pl., Cedar Park, TX 78613 and notice of its entry to be served on the Chapter 13 Trustee, the United States Trustee, and all persons filing notices of appearance in the case.

# # #